IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE L. PAYTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-03248-CV-S-RK-SSA |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Commissioner of Social Security denying Plaintiff's benefits is AFFIRMED.


December 7, 2015                     Paige Wymore-Wynn
Dated                                Acting Clerk of Court

December 7, 2015                     /s/ Terri Moore
Entered                              (by) Deputy Clerk